**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

HECTOR HUERTAS,              )
                                     )
                Plaintiff,     )     Case No.  1:10-cv-10-SJM-SPB
                                     )
      v.                       )
                                     )
JEFFREY BEARD, *et al.*,       )
                                     )
             Defendants.    )

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on January 12, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on July 13, 2011 [105], recommends that the Plaintiff's motion for preliminary injunction [100] be denied. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Plaintiff by certified mail at his address of record. No objections to the Report and Recommendation have been filed, although Plaintiff did subsequently file certain exhibits which he has designated "Additions to the Record" [106].  After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th Day of April, 2012;

IT IS ORDERED that the Plaintiff's motion for a preliminary injunction [100] shall be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on July 13, 2011 [105], is adopted as the opinion of this Court.


s/   <u>Sean J. McLaughlin</u>

SEAN J. McLAUGHLIN
United States District Judge


cm:    All parties of record

U.S. Magistrate Judge Susan Paradise Baxter