**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HECTOR HUERTAS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-10-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| JEFFREY BEARD, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, to wit, this 30th Day of July, 2012, upon consideration of Plaintiff's appeal [34] from the Magistrate Judge's order, entered orally into the record on June 11, 2010, denying Plaintiff's oral motion to compel discovery,

IT IS ORDERED that said appeal shall be, and hereby is, DENIED and the aforementioned order of the Magistrate Judge shall be, and hereby is, AFFIRMED.

        s/ <u>Sean J. McLaughlin</u>
        SEAN J. McLAUGHLIN
        United States District Judge

cm:    All parties of record

        U.S. Magistrate Judge Susan Paradise Baxter